# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 9, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144072 & (74)

ITALO M. PARISE,
          Plaintiff-Appellant,

v

DETROIT ENTERTAINMENT, L.L.C., d/b/a
MOTORCITY CASINO,
          Defendant-Appellee.

SC: 144072
COA: 295183
Wayne CC: 09-007370-CZ

_____/

On order of the Court, the application for leave to appeal the September 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The defendant's motion for sanctions for a vexatious appeal pursuant to MCR 7.316(D) is GRANTED. We ORDER plaintiff Italo M. Parise to pay $250 to the Clerk of this Court within 28 days of the date of this order.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 9, 2012

_____
Clerk

d0502